# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SUNDOWN GAY HATFIELD, | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-214 |
| | § | |
| UNION PACIFIC RAILROAD CO. | § | |

## ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The Magistrate Judge presented two reports for consideration, which contain his proposed findings of fact and recommendations for the disposition of this action. These reports include the suggested disposition of the defendant's motion to dismiss (#5) and the defendant's motion for summary judgment (#25). The defendant has filed objections to both of Judge Everingham's report and recommendations. The undersigned has reviewed Judge Everingham's report and recommendations, and has reviewed the defendant's objections. The undersigned overrules the defendant's objections, and adopts the findings and conclusions of contained in both of Judge Everingham's report and recommendations.

SIGNED this  6th  day of June, 2008.

_____

T. JOHN WARD
UNITED STATES DISTRICT JUDGE